UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
AUG 1 3 2008

UNITED STATES OF AMERICA        :        INDICTMENT

        - v. -                           08 CRIM 752

LEANDRO DAVID RAMIREZ-PEREZ,    :

            Defendant.          :

- - - - - - - - - - - - - - - - - - - -x

## COUNT ONE

The Grand Jury charges:

1.    On or about May 27, 2008, in the Southern District
of New York and elsewhere, LEANDRO DAVID RAMIREZ-PEREZ, the
defendant, and others known and unknown, unlawfully,
intentionally and knowingly did combine, conspire, confederate,
and agree together and with each other to violate the narcotics
laws of the United States.

2.    It was a part and an object of the conspiracy that
LEANDRO DAVID RAMIREZ-PEREZ, the defendant, and others known and
unknown, would and did distribute and possess with intent to
distribute a controlled substance, to wit, 1 kilogram and more of
mixtures and substances containing a detectable amount of heroin,
in violation of Title 21, United States Code, Sections 841(a)(1)
and 841(b)(1)(A).

## Overt Acts

3.    In furtherance of the conspiracy and to effect the
illegal object thereof, the following overt acts, among others,

were committed in the Southern District of New York and elsewhere:

        a.    On or about May 27, 2008, LEANDRO DAVID RAMIREZ-PEREZ, the defendant, traveled to the vicinity of 10th Avenue and 34th Street in Manhattan to pick up a bag containing heroin.

        b.    On or about May 27, 2008, RAMIREZ-PEREZ traveled to the vicinity of 10th Avenue and 34th Street in Manhattan to deliver a bag containing money to another individual in exchange for heroin.

        (Title 21, United States Code, Section 846.)

<u>FORFEITURE ALLEGATION</u>

        4.    As a result of committing the controlled substance offense alleged in Count One of this Indictment, LEANDRO DAVID RAMIREZ-PEREZ, the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Count One of this Indictment.

        5.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

        a.    cannot be located upon the exercise of due diligence;

       b.    has been transferred or sold to, or deposited with, a third person;

       c.    has been placed beyond the jurisdiction of the Court;

       d.    has been substantially diminished in value; or

       e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

              (Title 21, United States Code,
                Sections 841, 846, and 853.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

-3-

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

LEANDRO DAVID RAMIREZ-PEREZ,

Defendant.

INDICTMENT

08 Cr.

(21 U.S.C. § 846)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_Cynthia Carrasquillo_
Foreperson.